# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  07-cr-00094-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MIGUEL SANDOVAL-VIRDEN,

       Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Sandoval-Virden is set **Monday, April 9, 2007 at 1:30 p.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  March 23, 2007